UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-23245-CIV-GARBER

BLUESTAR ENTERTAINMENT
INTERNATIONAL, INC., and
BLUESTAR INTERNATIONAL
PUBLISHING, INC.,

    Plaintiffs,

v.

MARCUS COOPER,

    Defendant.
_____/

## ORDER APPROVING STIPULATION
## OF SETTLEMENT AND FINAL ORDER OF DISMISSAL

THE COURT has reviewed the record, including the Parties' Stipulation to Dismiss with Prejudice [DE 281]. Accordingly, and upon due consideration, the Court hereby

ORDERS the following:

1. The Stipulation to Dismiss with Prejudice is approved;

2. This cause is DISMISSED with prejudice;

3. This case is CLOSED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers in Miami, Florida this 4th day of September, 2009.

*[signature: Barry L. Garber]*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE